(2) All parties shall bear their own costs.

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**SCANTIBODIES LABORATORY, INC., Plaintiff–Appellant,**

v.

**IMMUTOPICS, INC. and Immutopics International LLC, Defendants–Appellees.**

No. 2008–1522.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2008.

Matthew A. Newboles, William J. Brucker, Benjamin N. Diederich, Stephen Z. Vegh, Stetina, Brunda, Garred & Brucker, Aliso Viejo, CA, Irene C. Keyse-Walker, Tucker, Ellis & West LLP, Cleveland, OH, for Defendants–Appellees.

Brian William Kasell, Rod Steven Berman, Marc Marmaro, Jeffer, Mangels, Butler, Los Angeles, CA, for Plaintiff–Appellant.

ON MOTION

*ORDER*

Upon consideration of the appellant's unopposed motion to dismiss this appeal,

**Philip E. BOYNTON, Clarence W. Boynton, Richard M. Boynton, Norma Ann Logan, Renelda J. Westfall, Shannon Nonn, Aaron Scott Bernard, Alan F. Bernard, Linda R. Bernard, and David Alan Bernard, Plaintiffs–Respondents,**

v.

**HEADWATERS, INC. (formerly known as Covol Technologies, Inc.), Defendant–Petitioner.**

Misc. No. 883.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2008.

Before SCHALL, BRYSON, and PROST, Circuit Judges.